# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILMAR CHEESE COMPANY, INC. | Case No.  1:26-cv-02470-JLT-SAB |
| Plaintiff, | ORDER GRANTING ALEZA S. REMIS'S *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 5) |
| BYHEART, INC. | |
| Defendant. | |

Before the Court is the application of Aleza S. Remis, attorney for Hilmar Cheese Company, Inc., for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **April 15, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1