# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILMAR CHEESE COMPANY, INC., | Case No. 1:26-cv-02470-JLT-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER AND CONTINUING INITIAL SCHEDULING CONFERENCE |
| v. | |
| BYHEART, INC., | |
| Defendant. | (ECF No. 8) |

Pending before the Court is a stipulation from the parties regarding an extension of time for Defendant to answer and continuing the initial scheduling conference.

For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **July 8, 2026**, to answer or otherwise respond to the complaint. The initial scheduling conference is CONTINUED to **August 25, 2026, at 2:00 p.m.**

IT IS SO ORDERED.

Dated: __**June 3, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge