# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

HILMAR CHEESE COMPANY, INC.,

Plaintiff,

v.

BYHEART, INC.,

Defendant.

Case No. 1:26-cv-02470-JLT-SAB

ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER AND CONTINUING INITIAL SCHEDULING CONFERENCE

(ECF No. 10)

Pending before the Court is the second stipulation from the parties regarding an extension of time for Defendant to answer and continuing the initial scheduling conference.

For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **September 4, 2026**, to answer or otherwise respond to the complaint. The initial scheduling conference is CONTINUED to **October 27, 2026, at 11:00 a.m.**

IT IS SO ORDERED.

Dated:   **June 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge