Bethany W. Kristovich (SBN 241891)
bethany.kristovich@mto.com
Daniel B. Levin (SBN 226044)
daniel.levin@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Juliana M. Yee (SBN 304564)
Juliana.Yee@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (213) 593-2892

*Attorneys for Defendant ByHeart, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILMAR CHEESE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BYHEART, INC.,<br><br>Defendant. | Case No. 1:26-cv-02470-JLT-SAB<br><br>Hon. Jennifer L. Thurston<br><br>Magistrate Judge Stanley A. Boone<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY PENDING DEADLINES (L.R. 160); [PROPOSED] ORDER** |

Pursuant to Local Rules 144 and 160, IT IS HEREBY STIPULATED by and between Plaintiff Hilmar Cheese Company and Defendant ByHeart, Inc., by and through their respective counsel of record, that:

WHEREAS, on March 31, 2026, Hilmar filed the Complaint in this Court (ECF 1);

WHEREAS, ByHeart agreed to waive service of summons pursuant to a FRCP 4(d) request dated April 9, 2026 (ECF 4), establishing a deadline of June 8, 2026 for ByHeart to answer or otherwise respond to the Complaint;

WHEREAS, on June 3, 2026, the Court granted the Parties' initial joint stipulation to extend ByHeart's deadline to answer or otherwise respond to the Complaint by thirty (30) days, from June 8, 2026, to July 8, 2026 (ECF 8);

WHEREAS, on June 30, 2026, the Court granted the Parties' second joint stipulation to extend ByHeart's deadline to answer or otherwise respond to the Complaint by fifty-eight (58) days, from July 8, 2026, to September 4, 2026, and continued the Initial Scheduling Conference to October 27, 2026, at 11:00 a.m. (ECF 11);

WHEREAS, the Parties have been engaged in good-faith settlement discussions and have reached an agreement in principle, the material terms of which are reflected in a term sheet executed by the Parties as of September 1, 2026;

WHEREAS, by this Joint Stipulation, the Parties wish to notify the Court of the settlement consistent with Local Rule 160;

WHEREAS, the Parties request that the Court stay this action and all pending deadlines for thirty (30) days to allow the Parties to finalize the settlement;

WHEREAS, good cause exists to extend the twenty-one (21) day period for filing dispositional papers provided under Local Rule 160(b) because the Parties have been engaged in good faith, cooperative negotiations concerning settlement terms and expect to require additional time to finalize and execute the necessary documents;

WHEREAS, the Initial Scheduling Conference is currently scheduled for October 27, 2026, at 11:00 a.m. before Magistrate Judge Stanley A. Boone (ECF 11), and the Parties request that it, together with the Parties' Rule 26 deadlines and all other deadlines, be stayed or continued;

THEREFORE, Hilmar and ByHeart, through their counsel of record, stipulate to and request that the Court Order as follows:

1. That all pending deadlines shall be stayed for thirty (30) days to allow the Parties to finalize the settlement agreement.

2. That dispositional papers are ordered to be filed no later than September 30, 2026.

DATED: September 1, 2026

**MUNGER, TOLLES & OLSON LLP**

By: *Juliana M. Yee*
JULIANA M. YEE (SBN 304564)

*Attorneys for Defendant ByHeart, Inc.*

DATED: September 1, 2026

**HICKS THOMAS LLP**

By: *Aleza S. Remis*
Aleza S. Remis, PHV

*Attorneys for Plaintiff Hilmar Cheese Company, Inc.*

**[PROPOSED] ORDER**

The Court, having reviewed the Parties' Stipulation, hereby Orders:

1. Good cause exists to stay all pending deadlines for thirty (30) days to allow the Parties to finalize their settlement agreement.

2. Dispositional papers shall be filed no later than September 30, 2026.

**IT IS SO ORDERED.**

DATED:

By: ______________________________
Hon. Stanley A. Boone
United States Magistrate Judge