# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HILMAR CHEESE COMPANY, INC.,

Plaintiff,

v.

BYHEART, INC.,

Defendant.

Case No. 1:26-cv-02470-JLT-SAB

ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 12)

**SEPTEMBER 30, 2026 DEADLINE**

On September 1, 2026, the parties filed a notice of settlement, informing the Court that a settlement had been reached and that dispositional documents will be filed no later than September 30, 2026. (ECF No. 12.)

Accordingly, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than **September 30, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **September 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge