# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILMAR CHEESE COMPANY, INC.,<br>Plaintiff,<br>v.<br>BYHEART, INC.,<br>Defendant. | Case No. 1:26-cv-02470-JLT-SAB<br><br>ORDER RE: STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 14) |

Before the Court is parties' stipulation to extend the time to file dispositional documents. (ECF No. 14.) For good cause shown, the Court hereby grants the request and ORDERS that the parties shall have through **October 14, 2026**, to file dispositional documents. Any further extension must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **September 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge