# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILMAR CHEESE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BYHEART, INC.,<br><br>Defendant. | Case No. 1:26-cv-02470-JLT-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 16) |

On October 14, 2026, the parties filed a stipulation dismissing this entire action without prejudice. (ECF No. 16.) In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed pursuant to the terms of the stipulation.

Therefore, the Clerk of the Court is HEREBY DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated: **October 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge